■ JACQUELINE L. HAMMOND, Respondent-Appellant, v. OGDEN H. HAMMOND, JR., Appellant-Respondent.— Motion dismissed having become academic by virtue of the decision of this court in *Hammond* v. *Hammond* (9 A D 2d 615). Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOSEPH WEISS v. ROSE W. GOLDSLEGER.— Motion dismissed having become academic by virtue of the decisions of this court in *Goldsleger* v. *Weiss* (9 A D 2d 58). Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROSE W. GOLDSLEGER v. JOSEPH WEISS.— Motion dismissed having become academic by virtue of the decisions of this court in *Goldsleger* v. *Weiss* (9 A D 2d 58). Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JERRY LA PETER v. ARTHUR M. BERGER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of the Estate of NAJEEB KIAMIE, Deceased. FAREED KIAMIE, as Executor of NAJEEB KIAMIE, Deceased; COLONIAL TRUST COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ In the Matter of ENGELMAN AND COMPANY, AGENTS, against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ SAMUEL S. BERGER et al., v. JOSEPH MOOK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ ROBERT A. WHITTEMORE v. EDWARD DE PASQUALE et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ In the Matter of the Accounting of THOMAS I. FITZGERALD, PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of JACOB TIM, Deceased. VERA POSES et al.; LIZA KAHANE et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ WALTER HAYDEN, an Infant, by RUTH HAYDEN, His Guardian ad Litem, et al., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.